THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,           )   No. CR24-153-RSL
                                    )
            Plaintiff,              )
                                    )
        v.                          )   ORDER TO EXTEND PRETRIAL
                                    )   MOTIONS DEADLINE
                                    )
LOGAN P. KORECKY,                   )
                                    )
            Defendant.              )
_____)

THE COURT has considered the unopposed motion to extend the pretrial

motions deadline along with the records in this case.

IT IS ORDERED that the due date for pretrial motions is extended from

December 11, 2024, to December 20, 2024.

DONE this 12th day of December, 2024.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Corey Endo*
First Assistant Defender
Attorney for Logan P. Korecky

ORDER TO EXTEND PRETRIAL MOTIONS
DEADLINE
(*United States v. Korecky*, CR24-153-RSL) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**